# EXHIBIT A

平成27年登簿第54号

## 認 証

嘱託人弁護士田子小百合は、本公証人の面前で、別添文書に署名した。

よって、これを認証する。

平成27年 1 月 30 日、本公証人役場において

東京都千代田区内幸町2丁目2番2号

東 京 法 務 局 所 属

公 証 人
Notary   

YOSHITERU KAWAMURA

## 証 明

上記署名は、東京法務局所属公証人の署名に相違ないものであり、かつ、その押印は、真実のものであることを証明する。

平成27年 1 月 30 日

東 京 法 務 局 長  加藤朋寛

---

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: JAPAN

   This public document

2. has been signed by **YOSHITERU KAWAMURA**

3. acting in the capacity of Notary of the Tokyo Legal Affairs Bureau

4. bears the seal/stamp of **YOSHITERU KAWAMURA, NOTARY**

   Certified

5. at Tokyo     6. January 30, 2015

7. by the Ministry of Foreign Affairs

8. 15-№ 000226

9. Seal/stamp:      10. Signature

   _A. Ogawa_

   Ayako OGAWA
   For the Minister for Foreign Affairs

January 30, 2015

## DECLARATION

I, Sayuri Tago, an attorney-at-law of Bingham Sakai Mimura Aizawa, do hereby solemnly and sincerely declare:

1. That I am well acquainted with the Japanese and English languages; and
2. That the attached documents of the Debtor (Bankrupt), TIBANNE Co., Ltd., are true translations from the original Japanese texts:
    A) Decision to Commence Bankruptcy Procedure (破産手続開始決定)
    B) Notice of Commencement of Bankruptcy Proceedings (破産手続開始通知書)
    C) Certificate of Appointment and Seal of the Bankruptcy Trustee (破産管財人選任及び印鑑証明)

I make this solemn declaration conscientiously believing the same to be true and correct.

Sayuri Tago, Attorney-at-law

This is to certify that this document was executed before me by the above-named person on this day.

JAN. 30. 2015



YOSHITERU KAWAMURA
NOTARY

Registration No. 154

[English Translation]

Case No.585 (*fu*) of Heisei 27-nen (2015)

## DECISION

2-11-5 Shibuya, Shibuya-Ku, Tokyo
Debtor (Bankrupt):          TIBANNE Co., Ltd.
Representative Director:    Mark Marie Robert Karpelès

## JUDGMENT

The court orders to commence the bankruptcy procedure with regard to Debtor TIBANNE Co., Ltd.

## REASON FOR JUDGMENT

It is found that, according to a set of court materials, Debtor is insolvent.
Therefore, the court orders as JUDGMENT above.
The court also orders, in connection with JUDGMENT, as follows:

1.  Bankruptcy Trustee:   Taro Awataguchi, Attorney-at-law
                          Bingham Sakai Mimura Aizawa -Foreign Law Joint Enterprise
                          4th Floor, Hulic Kamiyacho Building,
                          4-3-13 Toranomon, Minato-ku, Tokyo

2.  The limit with which to file bankruptcy claim:
                          On or before May 20, 2015

3.  Date and time of a meeting to report the status or properties, to report the calculation results, and to hear opinions regarding the termination of the bankruptcy procedure:
                          June 3, 2015, PM1:30

4.  Date and time of a meeting to investigate claims:
                          June 3, 2015, PM1:30

January 30, 2015, AM10:30
Civil Court No. 20 of the Tokyo District Court
Hideki Kanazawa, Judge
Masaki Higuchi, Judge
Kei Ishiwata, Judge

This is an original copy.
January 30, 2015
Civil Court No. 20 of the Tokyo District Court
Kazui Sakuraba, Court Clerk [seal]

平成２７年（フ）第５８５号

# 決　　定

東京都渋谷区渋谷二丁目１１番５号
　　債務者（破産者）　　　　株式会社ＴＩＢＡＮＮＥ
　　代表者代表取締役　　　　カルプレス・マルク・マリ・ロベート

# 主　　文

債務者株式会社ＴＩＢＡＮＮＥについて破産手続を開始する。

# 理　　由

一件記録によれば，債務者が支払不能の状態にあることが認められる。
よって，主文のとおり決定する。
なお，この決定に併せて，下記のとおり定める。

記

1　破産管財人　　　　東京都港区虎ノ門４丁目３番１３号　ヒューリック神谷町ビル４階　ビンガム・坂井・三村・相澤法律事務所(外国法共同事業)
　　　　　　　　　　　弁護士　粟田口太郎
2　債権届出期間　　　平成２７年５月２０日まで
3　財産状況報告集会・計算報告集会・破産手続廃止に関する意見聴取のための集会の各期日
　　　　　　　　　　　平成２７年６月３日午後１時３０分
4　債権調査期日　　　平成２７年６月３日午後１時３０分

平成２７年１月３０日午前１０時３０分
東京地方裁判所民事第２０部

　　　　　裁判長裁判官　　金　澤　秀　樹

　　　　　裁判官　　樋　口　正　樹

　　　　　裁判官　　石　渡　　圭

これは正本である。
平成２７年１月３０日
東京地方裁判所民事第２０部
　　　　　裁判所書記官　　櫻　庭　一　威

TRANSLATION

# NOTICE OF COMMENCEMENT OF BANKRUPTCY PROCEEDINGS

**Case No:**     No. 585 (*fu*) of Heisei 27-nen (2015) (Date of Filing: January 29, 2015)

**Head Office:**  2-11-5 Shibuya, Shibuya-Ku, Tokyo

**Bankrupt:**     TIBANNE Co., Ltd.

          Representative: Mark Marie Robert Karpelès

1    YOU ARE HEREBY NOTIFIED that the order for commencement of bankruptcy proceedings has been rendered for the above Bankrupt;

(1) Date of Commencement of Bankruptcy Proceedings: **January 30, 2015, AM10:30**

(2) **Bankruptcy Trustee:   Taro Awataguchi, attorney-at-law**

              **Tel: +81-3-6721-3111**

(3) Filing Period of Bankruptcy Claim: **Until May 20, 2015**

(4) Bankruptcy Claim and demand for overdue tax are to be submitted to:

> **Attn: Documents receipt staff for No. 585 (fu) of Heisei 27-nen (2015)**
> **c/o Taro Awataguchi, attorney-at-law**
> **Bingham Sakai Mimura Aizawa -Foreign Law Joint Enterprise**
> **4th Floor, Hulic Kamiyacho Building,**
> **4-3-13 Toranomon, Minato-ku Tokyo, 105-0001 Japan**

(5) Date, Time and Venue of the Investigation of Claims and Meeting for the Report on Asset Condition

   Date: June 3, 2015, PM1:30

   **Venue: Creditors Meeting Hall No.1, Tokyo Domestic Relations/Summary/District Court Common Building (5th Floor)**

   **Location is as described in the "Map to the Venue of the Creditors Meeting".**

   In case that bankruptcy estate is deficient to pay out expenses for the bankruptcy proceedings, (i) meeting for hearing opinions concerning cancellation of the bankruptcy proceedings and (ii) meeting for the report on accounting at completion of bankruptcy trustee's duty will be held at the same time as the meeting for the report on asset condition.

(6) (i) Any person who is in debt to the Bankrupt shall not repay such debt to the Bankrupt.

   (ii) Any person who possesses assets of the Bankrupt shall not deliver such assets to the Bankrupt.

2    Filing of Bankruptcy Claim

(1) When filing, please use the enclosed Bankruptcy Claim form and send it to the address as shown

TRANSLATION

in above 1(4). (See the attached "Sample of the Front Side of the Envelope".)

(2) Please staple together the left side of one copy of the enclosed Bankruptcy Claim with one copy of evidential documents (original is not acceptable).    Certificate of qualification is not necessary.

(3) In regard to a promissory note whose due date arrives after the commencement of the bankruptcy proceedings, please file at the face value; provided that the due date is within a year after the commencement of bankruptcy proceedings.  As for the evidential document, please attach copies of both sides of the promissory note.

3    Please contact the Bankruptcy Trustee with regard to the process of the bankruptcy procedure.

       Civil Court No.20, Gogi-F of the Tokyo District Court
       Kazui Sakuraba, Court Clerk

## 破産手続開始通知書

事件番号　　平成２７年（フ）第５８５号（平成２７年１月２９日申立）
本店所在地　東京都渋谷区渋谷二丁目１１番５号


破　産　者　　株式会社ＴＩＢＡＮＮＥ
　　　　　　　　代表者代表取締役　　カルプレス・マルク・マリ・ロベート


1　上記の者に対し，破産手続開始決定がされたので，次のとおり通知します。
（１）　　破産手続開始日時　　　　　　　平成２７年１月３０日午前１０時３０分
（２）　　破産管財人　　　　　　　　　　弁護士粟田口太郎　電話03-6721-3111
（３）　　破産債権届出期間　　　　　　　平成２７年５月２０日まで
（４）　　破産債権届出書及び交付要求書の提出先

> 東京都港区虎ノ門４丁目３番１３号　ヒューリック神谷町ビル４階
>
> ビンガム・坂井・三村・相澤法律事務所(外国法共同事業)
>
> 弁護士　粟田口太郎　気付
>
> 平成２７年（フ）第５８５号事件書類受領事務担当　　行

（５）　　財産状況報告集会・債権調査期日の日時及び場所
　**平成２７年６月３日午後１時３０分　債権者等集会場1(家簡地裁合同庁舎5階)**
　**所在場所は「債権者集会場のご案内」のとおりです。**
　　　　財産状況報告集会において，破産財団をもって破産手続の費用を支弁するに不足する場合は，①破産手続廃止に関する意見聴取のための集会，②破産管財人の任務終了による計算報告集会も併せて実施します。
（６）①　破産者に対して債務を負担している者は，破産者に弁済してはならない。
　　　②　破産者の財産を所持している者は，破産者にその財産を交付してはならない。


2　破産債権届出
（１）　　届け出る場合は，同封した届出書を使用し，１（４）の提出先に郵送してください（別紙「封筒表書見本」参照）。保証人への請求等のため，債権届出日の証明を必要とする方は，配達証明郵便等をご利用ください。
（２）　　破産債権届出書は，同封の届出書１通と証拠書類のコピー１部（原本不可）を合わせてホッチキスで左綴じにしてください。資格証明書は不要です。
（３）　　破産手続開始後に支払期日が到来する手形については，支払期日が破産手続開始後１年以内であれば額面額を届出債権としてください。証拠書類の手形は両面をコピーしてください。


3　破産手続の進行については破産管財人までお願いします。

　　　　　　　　　　東京地方裁判所民事第２０部合議Ｆ係　裁判所書記官　　櫻　庭　一　威

[English Translation]

Case No. 585 (*fu*) of Heisei 27-nen (2015)

## Certificate of Appointment and Seal of the Bankruptcy Trustee

2-11-5 Shibuya, Shibuya-Ku, Tokyo

Bankrupt:    TIBANNE Co., Ltd.

This is to certify that bankruptcy proceedings commenced on January 30, 2015, AM10:30 at the Tokyo District Court, I was appointed as the Bankruptcy Trustee, and that the following seal is the seal registered by the same as the seal of the Bankruptcy Trustee:

[SEAL]

January 30, 2015

4th Floor, Hulic Kamiyacho Building,
4-3-13 Toranomon, Minato-ku, Tokyo
Bingham Sakai Mimura Aizawa -Foreign Law Joint Enterprise

Bankruptcy Trustee, Taro Awataguchi, Attorney-at-law [seal]

The above is certified.

January 30, 2015
Civil Court No. 20 of the Tokyo District Court
Kazui Sakuraba, Court Clerk [seal]

平成27年（フ）第585号

## 破産管財人選任及び印鑑証明申請書

　　東京都渋谷区渋谷二丁目11番5号
　　破　産　者　　　株式会社ＴＩＢＡＮＮＥ

　上記の者に対し，平成27年1月30日午前10時30分御庁において破産手続開始決定があったこと，私が破産管財人に選任されたこと及び次の印鑑が破産管財人の印鑑として届け出たものと相違ないことを証明願います。



平成27年1月30日

　　東京都港区虎ノ門4丁目3番13号　ヒューリック神谷町ビル4階
　　ビンガム・坂井・三村・相澤法律事務所（外国法共同事業）

　　　　　　　　　　　破産管財人弁護士　　粟田口太郎

東京地方裁判所民事第20部　御中

上記証明する。

　　前　同　日
　　　　東京地方裁判所民事第20部
　　　　　　　　裁判所書記官　　櫻　庭　一　威

